OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

*Return to Sender*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST CLASS

UNITED STATES POSTAGE

$ 00.26⁵
0006557458    FEB 25 2015
MAILED FROM ZIP CODE

PITNEY BOWES

02 1R

2/17/2015

**BENAVIDEZ, ALBERTO    Tr. Ct. No. 20090D00811-41-1                WR-82,220-01**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

6/w/071
#1861778

ALBERTO BENAVIDEZ
~~Ellis County~~
~~300 South Jackson~~
~~Waxahachie TX 75165~~

Not in custody at this facility
ANK